UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMILLIEN ASKMO,

                Plaintiff,

-against-

D.B.F COLLECTION CORP.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/3/2022
```

22 Civ. 565 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for August 9, 2022, is ADJOURNED to **September 21, 2022**, at **10:20 a.m.** Additionally, the parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. *See* ECF No. 12 ¶ 16. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *See id.*

    SO ORDERED.

Dated: August 3, 2022
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge