USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maximillien Askmo,

                Plaintiff,

-against-

D.B.F Collection Corp.,

                Defendant.

1:22-cv-00565 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on August 3, 2022, the Court Ordered the parties to file a joint letter on October 7, 2022 setting forth whether they would like me to schedule a settlement conference (Memo End., ECF No. 21); and

WHEREAS, on August 31, 2022, the Court granted the parties' Letter Motion for an extension of time to complete discovery (Order, ECF No. 24).

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the deadline for the parties to file a joint letter indicating whether they would like me to schedule a settlement conference is extended, *nunc pro tunc*, to November 7, 2022.

**SO ORDERED.**

DATED:      New York, New York
               October 11, 2022

_____
STEWART D. AARON
United States Magistrate Judge