UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMILLIEN ASKMO,

                              Plaintiff,

              -against-

D.B.F COLLECTION CORP.,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/1/2022
```

22 Civ. 565 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Fact discovery in this action will close on December 30, 2022.  ECF No. 34.  Accordingly, by **January 13, 2023**, the parties shall file any pre-motion letters requesting leave to file a motion for summary judgment in accordance with the Court's Individual Practices in Civil Cases.[1]

The Clerk of Court is directed to terminate the motion at ECF No. 36.

SO ORDERED.

Dated: December 1, 2022
       New York, New York

ANALISA TORRES
United States District Judge

---

[1] This Order resolves Defendant's letter motion at ECF No. 36.