UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMILLIEN ASKMO,

                Plaintiff,

-against-

D.B.F COLLECTION CORP.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/24/2023
```

22 Civ. 565 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's letter dated January 13, 2023. ECF No. 49. Accordingly:

1. Plaintiff's request to file a motion for summary judgment is GRANTED;
2. By **March 10, 2023**, Plaintiff shall file his motion for summary judgment;
3. By **April 3, 2023**, Defendant shall file its opposition;
4. By **April 17, 2023**, Plaintiff shall file his reply, if any.

SO ORDERED.

Dated: January 24, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge