UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMILLIEN ASKMO,

                Plaintiff,

-against-

D.B.F COLLECTION CORP.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/7/2023__

22 Civ. 565 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 24, 2023, the Court set a briefing schedule for Plaintiff's motion for summary judgment. ECF No. 50. The Court shall modify the briefing schedule. Accordingly:

1. By **March 10, 2023**, Plaintiff shall file his motion for summary judgment;
2. By **March 31, 2023**, Defendant shall file its opposition;
3. By **April 14, 2023**, Plaintiff shall file his reply, if any.

SO ORDERED.

Dated: February 7, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge