USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMILLIEN ASKMO,

                Plaintiff,

-against-

D.B.F. COLLECTION CORP.,

                Defendant.

22-CV-00565 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order referring the case to Magistrate Judge Aaron for general pretrial supervision and settlement, and the settlement conference before Judge Aaron scheduled for April 9, 2024. *See* Dkt. No. 66. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 5, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge