# GUARINO & CO
## LAW FIRM, LLC

*Please direct all mail to our Main Office*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2024

| | | Of Counsel: |
|---|---|---|
| **Philip L. Guarino, Esq. (NJ Bar)** | **Main Office** | **Charles D. Hellman, Esq.** |
| Direct: 973/272-4147 | 300 Main Street, Suite 552 | Direct: 203/722-0297 |
| Fax: 973/528-0635 | Madison, NJ 07940 | Fax: 646/417-7220 |
| E-mail: guarinolaw@gmail.com | 973/348-6008 | E-mail: cdh@hellmanlaw.org |

**Rochelle Park**
365 W. Passaic Street, Suite 275
Rochelle Park, NJ 07662

**New York**
535 Fifth Avenue, 4th Fl.
New York, NY 10017

April 4, 2024

**BY ECF**

Hon. Stewart D. Aaron
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

> Application GRANTED. The settlement conference scheduled for April 9, 2024 is adjourned until April 24, 2024 at 2:00 p.m. SO ORDERED.
>
> Dated: April 5, 2024

Re: ***Askmo v. D.B.F. Collection Corp.***
   Civil Action No. 22-CV-00565

Dear Judge Aaron:

This firm represents defendant D.B.F. Collection Corp. ("Defendant") in the above matter. Pursuant to Your Honor's Order today, I respectfully submit this letter to renew Defendant's motion to adjourn the settlement conference currently set for 10:00 a.m. on April 9, 2024.

Preliminarily, I wish to make clear that I believe there is no realistic prospect of an adjournment of the New Jersey trial giving rise to the motion, especially since it has already been adjourned multiple times.

Abel L. Pierre, Esq., counsel for plaintiff, has responded to me that he consents to an adjournment of the settlement conference. Near term dates and times that presently work for both sides are:

April 17, 2024: 2:00 p.m.
April 18, 2024: 10:45 a.m. to 12:30 p.m.
April 24, 2024: 2:00 p.m.

GUARINO & CO. LAW FIRM, LLC

Hon. Stewart D. Aaron
April 4, 2024
Page 2

      I again thank the Court for its understanding in this matter.

Respectfully,

*Charles D. Hell*

Charles D. Hellman

cc: Abel L. Pierre, Esq. (counsel for plaintiff) (by ECF)